IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RYAN CASTANEIRA,
   Plaintiff,
     v.

CIVIL ACTION FILE
NO. 1:11-CV-3054-TWT

STATE OF GEORGIA,
   Defendant.

## ORDER

This is a state criminal case wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending remanding the case to the Superior Court of Fayette County. The objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Superior Court of Fayette County.

SO ORDERED, this 9 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Castaneira\11cv3054\r&r.wpd